UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:24-cv-05636-MWC-SSC              Date: May 11, 2026

Title      Marcus Clarke v. Brian Birkholz

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

Teagan Snyder                          n/a
Deputy Clerk                  Court Reporter / Recorder

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
None Present                           None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On July 1, 2024, *pro se* Plaintiff Marcus Clarke filed a civil rights complaint against Defendant Brian Birkholtz, the warden at Federal Correctional Institution Lompoc II.  (ECF 1.)  On February 17, 2026, Defendant filed a motion to dismiss the complaint.  (ECF 33.)  Plaintiff was required to file an opposition or non-opposition to the motion to dismiss no later than March 11, 2026.  (ECF 34.)  Plaintiff sought an extension of time to file an opposition or non-opposition, which the Court granted, extending the deadline to May 4, 2026.[1]  (ECF 36.)  The

_____

[1] On March 23, 2026, the Court was notified of Plaintiff's change of address (ECF 37), and on March 30, mail comprising the order granting the extension and addressed to Plaintiff at his old address was

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-05636-MWC-SSC            Date: May 11, 2026

Title       Marcus Clarke v. Brian Birkholz

deadline to file Plaintiff's opposition or non-opposition has passed, and the Court has not received any filing from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **June 1, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **June 1, 2026**.

If Plaintiff files an opposition or non-opposition to the motion to dismiss by **June 1, 2026**, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file a timely response to this order to show cause, or an opposition or non-opposition to the motion to dismiss, will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

---

returned to the Court (ECF 39).  The order granting the extension was re-sent to Plaintiff.  (ECF 38.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-05636-MWC-SSC               Date: May 11, 2026

Title       Marcus Clarke v. Brian Birkholz

                                                                        :

                                          Initials of Preparer        **ts**