UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARCUS CLARKE,

                                    Plaintiff,

          v.

BRIAN BIRKHOLZ,

                                    Defendant.

Case No. 2:24-cv-05636-MWC-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 the Court has reviewed the complaint, all of the records herein and the Report and Recommendation of United States Magistrate Judge.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that judgment be entered dismissing this action without prejudice for failure to prosecute and comply with court orders.

DATED:  July 7, 2026

HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE