UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARCUS CLARKE,

Plaintiff,

v.

BRIAN BIRKHOLZ,

Defendant.

Case No. 2:24-cv-05636-MWC-SSC

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the action is dismissed without prejudice for failure to prosecute and comply with court orders.

DATED:    July 7, 2026

HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE